## SUPREME COURT.

AUSTIN STRONG and MEDAD T. MORSS agt. HERMAN M.
HARDENBURGH and others.

There can be no valid *appeal* to the court of appeals taken from a *judgment by de-
    fault at general term.* Consequently, a service of notice of such appeal does not
    preclude the appellant from subsequently moving at special term to set aside the
    default taken at the general term, and for leave to make a case or exceptions.
Such a motion is more properly made at *special term,* although the general term
    have jurisdiction to hear it.
The *merits* in this case considered sufficient to authorize an order granting the
    motion.

*Albany General Term, December,* 1862.
HOGEBOOM, PECKHAM and MILLER, *Justices.*

APPEAL by defendants from an order of special term
denying defendants' motion to open their default taken
at general term, and for leave to file exceptions and make
a case, but with leave to renew the motion at general
term after the dismissal of the appeal to the court of
appeals.

A. J. PARKER, *for plaintiffs, respondents.*
L. TREMAIN, *for defendants, appellants.*

By the court, HOGEBOOM, Justice.   1. I do not think the
notice of appeal to the court of appeals was in the way
of granting this motion.   The appeal was ineffectual
without an undertaking, and the judgment by default was
not appealable.   But even if the appeal had been regu-
larly brought, it is well established practice, notwith-
standing such appeal, to permit, in a proper case, such
proceedings as are now applied for, to be taken in the
court from whose judgment the appeal is taken.

2. Nor do I think that the judge at special term should
have declined to entertain the motion.   It was a motion
clearly *proper*, if not *necessary*, to be made at special term.

It was non-enumerated business, and the application was not only to open the default at general term, but for further relief, to wit, to be permitted on terms to make a case and exceptions. (*Rule* 40 ; *Ayres* agt. *Covill*, 9 *How.*, 573.) The party had therefore a right to apply at special term, and his motion should have been heard without turning him over to a tribunal whose jurisdiction, although I think it existed, was more questionable.

3. And I think the application on the merits should have been granted. It is true there had been great delay, but the circumstances were also peculiar. One of the counsel had died ; the attorney had gone to the war, and very naturally paid little attention to his professional business ; the new attorney was only recently appointed ; was unaware of the precise state of the case, and was attending to his public duties in the state legislature. The referee was in the senate of the United States. The case was important in principle and in pecuniary results. Merits are sworn to, and errors alleged to have been committed by the referee, though they are not distinctly specified. The plaintiffs will not be injured, especially if sufficient security be given to stay the proceedings upon appeal. The defendants are alleged to be insolvent, and such an appeal will be a benefit rather than a prejudice to the plaintiffs, if they are right on the merits. In the meantime, if there be well founded apprehension of the defendants' responsibility, the judgment may be permitted to stand as security. The power to enlarge the time to file exceptions and serve a case, exists, notwithstanding the prescribed period for so doing has elapsed. (*Code*, §§ 174, 405 ; *Sheldon* agt. *Wood*, 14 *How.*, 18 ; *Haase* agt. *N. Y. Cen. R. R.*, 14 *How.*, 430 ; *Crittenden* agt. *Adams*, 5 *How.*, 310 ; *Toll* agt. *Thomas*, 18 *How.*, 324.)

4. I think, therefore, the order of the special term should be reversed, and the default taken at general term be set aside, and the defendants permitted to file excep-

tions and serve a case within thirty days after written notice of the order entered upon this decision, upon paying the costs of the default and subsequent proceedings up to and including the judgment and the costs of opposing the motion at special term. Such payment to be made within ten days after regular adjustment thereof, on notice. The judgment already entered to be permitted to stand as security. Neither party to have costs of appeal from the order at special term.